[No. 12080–8–I.   Division One.   May 9, 1985.]

LEANNA BLUNT, *Appellant,* v. KING COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–08604–9, Norman W. Quinn, J., entered July 12, 1982. *Reversed* and *remanded* by unpublished opinion per Webster, J., concurred in by Williams and Grosse, JJ.

[No. 11910–9–I.   Division One.   May 9, 1985.]

LOU M. HYATT, *Appellant,* v. SELLEN CONSTRUCTION COMPANY, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–15253–0, Herbert M. Stephens, J., entered April 16, 1982. *Affirmed* by unpublished opinion per Webster, J., concurred in by Corbett, C.J., and Ringold, J. Now published at 40 Wn. App. 893.

[No. 6072–1–III.   Division Three.   May 9, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. VERLEE ELLIOTT, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 83–1–00007–5, Duane E. Taber, J., entered September 20, 1983. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.